AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF    NEVADA

JOHN FLOWERS,

       Plaintiff,           JUDGMENT IN A CIVIL CASE
   V.

                                CASE NUMBER: **3:08-CV-00568-BES-RAM**

JERRY BUSSEL, et al.,

       Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice for failure to state a claim upon which relief can be granted.

   July 27, 2009                                           **LANCE S. WILSON**
                                                                                 Clerk

                                                                                 _D. R. Morgan_
                                                                              Deputy Clerk